# EXHIBIT A



# SENATOR RICK BENNETT IS ATTACKING FREE SPEECH IN MAINE

**Protect** Privacy Rights.

Stop them from **taking your rights.**

Censorship is **never the answer.**

Tell your legislator to

## Protect the First Amendment



**AFP MAINE**

**Address
City, State, Zip**

Non-Profit Org.
US Postage
PAID
AMERICANS FOR
PROSPERITY

