# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

AMERICANS FOR PROSPERITY
FOUNDATION and AMERICANS FOR
PROSPERITY,

        *Plaintiffs*,

      v.

ANTHONY ALBENCE, in his official
capacity as State Election Commissioner
for the State of Delaware, et al.

        *Defendants*.

Case No.

## PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Plaintiffs, Americans for Prosperity Foundation and Americans for Prosperity, (collectively "Plaintiffs"), by and through the undersigned counsel, submit this Motion for Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65 (the "Motion"), seeking an order preliminarily enjoining Defendants from enforcing the disclosure requirements for third-party advertisements at 15 Del. C. § 8031. The bases for this Motion are set forth more fully in the accompanying Opening Brief and supporting materials.

WHEREFORE, Plaintiffs respectfully request that their Motion be granted, and that the Court enter an Order in the form submitted herewith.

DATED: April 17, 2026

BAKER & HOSTETLER LLP

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (No. 4515)
1201 North Market St., Suite 1407
Wilmington, DE 19801-1147
(302) 407-4224
janderson@bakerlaw.com

Allen J. Dickerson*
1050 Connecticut Ave., N.W., Suite 1110
Washington, DC 20036-5403
(202) 861-1507
adickerson@bakerlaw.com

Erika D. Prouty*
Robert J. Tucker*
Anna E. Croyts*
200 Civil Center Dr., Suite 1200
Columbus, OH 43215-4138
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com
acroyts@bakerlaw.com
*Pro hac vice motions forthcoming*

*Attorneys for Plaintiffs*