# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMERICANS FOR PROSPERITY
FOUNDATION and AMERICANS FOR
PROSPERITY,

        *Plaintiffs*,

    v.

ANTHONY ALBENCE, in his official
capacity as State Election Commissioner
for the State of Delaware, et al.

       *Defendants*.

Case No.

## **PROPOSED ORDER**

The Court, having considered Plaintiff's Motion for a Preliminary Injunction, as well as all submissions related thereto, and good cause having been found therefore:

IT IS HEREBY ORDERED this _____ day of _____, 2026, that:

1. The Plaintiffs' motion is GRANTED;

2. The enforcement of the disclosure requirements for third-party advertisements at 15 Del. C. § 8031 is preliminarily enjoined.

 

_____

United States District Court Judge