**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 1:26-cv-00445-JLH ) ) |
| ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware, et al., | ) ) ) ) |
| Defendants. | ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES
AND SET BRIEFING SCHEDULE**

WHEREAS, on April 17, 2026, Plaintiffs Americans for Prosperity Foundation and Americans for Prosperity filed a Complaint and a Motion for Preliminary Injunction in the above-captioned action against Defendants Anthony Albence, in his official capacity as State Election Commissioner for the State of Delaware, and Kathy Jennings, in her official capacity as Attorney General of the State of Delaware (collectively, "the Parties"). D.I. 1, 5.

WHEREAS, the Parties have conferred with respect to a schedule for resolution of Plaintiffs' Motion for Preliminary Injunction and Defendants' response to the Complaint.

1

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the deadline for Defendants to answer, move, or otherwise respond to the Complaint is deferred until after the Court's resolution of Plaintiffs' Motion for Preliminary Injunction, and the following schedule shall govern briefing on Plaintiffs' Motion for Preliminary Injunction:

1. Defendants shall file their Responsive Brief on or before May 25, 2026.

2. Plaintiffs shall file their Reply Brief on or before May 29, 2026.

The Court will hold a hearing on Plaintiff's Motion for a Preliminary Injunction at its earliest convenience following conclusion of the briefing.

Date: May 8, 2026

| **BAKER & HOSTETLER LLP** | **STATE OF DELAWARE DEPARTMENT OF JUSTICE** |
|---|---|
| /s/ *Jeremy D. Anderson*_____ | */s/ Emily V. Burton*_____ |
| Jeremy D. Anderson (No. 4515) | Emily V. Burton (DE Bar No. 5142) |
| 1201 North Market St., Suite 1407 | Deputy Attorney General |
| Wilmington, DE 19801-1147 | Carvel State Office Building |
| (302) 407-4224 | 820 North French Street, 6th Fl. |
| janderson@bakerlaw.com | Wilmington, DE 19801 |
| | Tel.: (302) 683-8875 |
| *Attorneys for Plaintiffs* | Emily.Burton@delaware.gov |
| | *Counsel for Defendants* |

Allen J. Dickerson*
1050 Connecticut Ave., N.W., Suite 1110
Washington, DC 20036-5403
(202) 861-1507
adickerson@bakerlaw.com

Erika D. Prouty*
Robert J. Tucker*
Anna E. Croyts*
200 Civil Center Dr., Suite 1200
Columbus, OH 43215-4138
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com
acroyts@bakerlaw.com

*Admitted via pro hac vice


**SO ORDERED** this 12th day of May, 2026.

_____
The Honorable Jennifer L. Hall
*United States District Court Judge*

3