**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERICANS FOR PROSPERITY FOUNDATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| | ) | Case No. 1:26-cv-00445-JLH |
| v. | ) ) | |
| ANTHONY ALBENCE, in his official capacity as State Election Commissioner of the State of Delaware, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

## CORRECTED AND [PROPOSED] ORDER TO EXTEND DEADLINES AND SET BRIEFING SCHEDULE

WHEREAS, on April 17, 2026, Plaintiffs Americans for Prosperity Foundation and Americans for Prosperity filed a Complaint and a Motion for Preliminary Injunction in the above-captioned action against Defendants Anthony Albence, in his official capacity as State Election Commissioner for the State of Delaware, and Kathy Jennings, in her official capacity as Attorney General of the State of Delaware (collectively, "the Parties"). D.I. 1, 5.

WHEREAS, the Parties have conferred with respect to a schedule for resolution of Plaintiffs' Motion for Preliminary Injunction and Defendants' response to the Complaint.

1

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties hereto, through their undersigned counsel, and subject to the approval of the Court, that the deadline for Defendants to answer, move, or otherwise respond to the Complaint is deferred until after the Court's resolution of Plaintiffs' Motion for Preliminary Injunction, and the following schedule shall govern briefing on Plaintiffs' Motion for Preliminary Injunction:

1. Defendants shall file their Responsive Brief on or before May 26, 2026.

2. Plaintiffs shall file their Reply Brief on or before June 1, 2026.

Date: May 13, 2026

**STATE OF DELAWARE DEPARTMENT OF JUSTICE**

*/s/ Emily V. Burton*_____
Emily V. Burton (DE Bar No. 5142)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.
Wilmington, DE 19801
Tel.: (302) 683-8875
Emily.Burton@delaware.gov
*Counsel for Defendants*

**BAKER & HOSTETLER LLP**
/s/ Jeremy D. Anderson_____
Jeremy D. Anderson (No. 4515)
1201 North Market St., Suite 1407
Wilmington, DE 19801-1147
(302) 407-4224
janderson@bakerlaw.com

2

*Attorneys for Plaintiffs*

Allen J. Dickerson\*
1050 Connecticut Ave., N.W., Suite 1110
Washington, DC 20036-5403
(202) 861-1507
adickerson@bakerlaw.com

Erika D. Prouty\*
Robert J. Tucker\*
Anna E. Croyts\*
200 Civil Center Dr., Suite 1200
Columbus, OH 43215-4138
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com
acroyts@bakerlaw.com

*\*Admitted via pro hac vice*

**SO ORDERED** this \_\_\_ day of May, 2026.

_____
The Honorable Jennifer L. Hall
*United States District Court Judge*

3