## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMERICANS FOR PROSPERITY          )
FOUNDATION, et al.,               )
                                  )
              Plaintiffs,          )
                                  )   C.A. No. 26-445-JLH
       v.                          )
                                  )
ANTHONY ALBENCE, in his official   )
capacity as State Election Commissioner for  )
the State of Delaware, et al.,     )
                                  )
              Defendants.           )

## ORDER

At Wilmington this 8th day of June, 2026, in accordance with the Court's ruling from the bench at the conclusion of today's hearing, IT IS HEREBY ORDERED that Plaintiffs' Motion for Preliminary Injunction (D.I. 4) is DENIED.  The parties should consult the transcript for details.

The Honorable Jennifer L. Hall
UNITED STATES DISTRICT JUDGE