# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

AMERICANS FOR PROSPERITY
FOUNDATION, et al.

*Plaintiffs,*

v.

ANTHONY ALBENCE, in his official
capacity as State Election Commissioner
for the State of Delaware, et al.

*Defendants.*

Case No. 1:26-cv-00445-JLH

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Americans for Prosperity Foundation and Americans

for Prosperity ("Plaintiffs") appeal to the United States Court of Appeals for the Third Circuit from

this Court's Order (D.I. 28) denying Plaintiffs' Motion for Preliminary Injunction (D.I. 4).

DATED: June 10, 2026

BAKER & HOSTETLER LLP

*/s/ Jeremy D. Anderson*
Jeremy D. Anderson (No. 4515)
1201 North Market St., Suite 1407
Wilmington, DE 19801-1147
(302) 407-4224
janderson@bakerlaw.com

Allen J. Dickerson (admitted *pro hac vice*)
1050 Connecticut Ave., N.W., Suite 1110
Washington, DC 20036-5403
(202) 861-1507
adickerson@bakerlaw.com

Erika D. Prouty (admitted *pro hac vice*)
Robert J. Tucker (admitted *pro hac vice*)
Anna E. Croyts (admitted *pro hac vice*)
200 Civil Center Dr., Suite 1200
Columbus, OH 43215-4138

1

2

(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com
acroyts@bakerlaw.com

*Attorneys for Plaintiffs*

2