# BakerHostetler

**Baker&Hostetler** LLP

1201 N. Market Street
Suite 1407
Wilmington, DE  19801

T  302.319.2799
www.bakerlaw.com

July 15, 2026

Jeremy D. Anderson
direct dial: 302.407.4224
jdanderson@bakerlaw.com

**VIA CM/ECF**

The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE  29801-3555

Re:     *Americans for Prosperity Foundation, et al. v. Albence, et al.,* No. 1:26-cv-00445-JLH

Dear Judge Hall:

Pursuant to the Court's order (D.I. 31), the Parties submit this joint letter concerning the status of this action in light of Plaintiffs' appeal of the Court's order denying Plaintiffs' Motion for Preliminary Injunction (D.I. 28, 29) to the United States Court of Appeals for the Third Circuit.

The Parties have conferred and jointly request that further proceedings in this Court remain stayed while Plaintiffs' appeal is pending. The Parties are available to answer any further questions at the Court's convenience.

Respectfully submitted,

BAKER & HOSTETLER LLP                     DELAWARE DEPARTMENT OF JUSTICE

*/s/ Jeremy D. Anderson*                    */s/ Emily V. Burton*
Jeremy D. Anderson (No. 4515)            Emily V. Burton (No. 5142)
1201 North Market St., Suite 1407        820 N. French Street, 6th Floor
Wilmington, DE 19801-1147                Wilmington, DE 19801
(302) 407-4224                           (302) 577-5374
jdanderson@bakerlaw.com                  emily.burton@delaware.gov

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Dallas    Denver    Houston    Los Angeles
New York    Orange County    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC    Wilmington

The Honorable Jennifer L. Hall
July 15, 2026
Page 2


Allen J. Dickerson
1050 Connecticut Ave., N.W., Suite 1110
Washington, DC 20036-5403
(202) 861-1507
adickerson@bakerlaw.com

Erika D. Prouty
Robert J. Tucker
Anna E. Croyts
200 Civil Center Dr., Suite 1200
Columbus, OH 43215-4138
(614) 228-1541
eprouty@bakerlaw.com
rtucker@bakerlaw.com
acroyts@bakerlaw.com

*Attorneys for Plaintiffs*

Tara Malloy
Megan McAllen
David Kolker
Elizabeth Shimek
Campaign Legal Center
1101 14th St. NW, Ste., 400
Washington, DC 20005
(202) 736-2200
tmalloy@campaignlegalcenter.org
mmcallen@campaignlegalcenter.org
eshimek@campaignlegalcenter.org

*Attorneys for Defendants*